IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

JEREMY JOYCE,

      Appellant,

  v.

SHARISA JOYCE,

      Appellee.

_____/

Case No.  5D22-1651
LT Case No. 2022-DR-001423-O

Decision filed November 1, 2022

Nonfinal Appeal from the Circuit Court
for Orange County,
Joshua A. Mize, Judge.

Kyle P. Tate, of The Tate Firm, PLLC,
Winter Garden, for Appellant.

Shannon Mclin and Thomas W. Sculco,
of Florida Appeals, Orlando, for
Appellee.


PER CURIAM.

    AFFIRMED.


SASSO, TRAVER and WOZNIAK, JJ., concur.